**Larue L. MCQUARY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 69735.**

Missouri Court of Appeals, Western District.

Aug. 4, 2009.

Mark A. Grothoff, for Appellant.

James B. Farnsworth, for Respondent.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, JOSEPH M. ELLIS, Judge and MARK D. PFEIFFER, Judge.

## ORDER

PER CURIAM:

Larue McQuary appeals the trial court's denial of his Rule 29.15 motion for post-conviction relief. On appeal, Mr. McQuary claims that the trial court clearly erred in denying his motion because he did not receive a fair trial due to a juror's intentional nondisclosures during voir dire. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).